the $3,000 in advancements, left an estate of at least $19,888.35. Assuming, but not deciding, that the estate was to be distributed in not more than seven shares, each share would be equal roughly to $2,800. Since the evidence shows that the plaintiffs' mother received only $1,000, the scheme of the law has not been satisfied, and therefore, the evidence did not authorize the finding and the judgment of the trial court.

*Judgment reversed. Gardner, P. J., and Townsend, J., concur.*

---

### 37276. STATE HIGHWAY DEPARTMENT *v.* MURRAY *et al.,* Trustees.

GARDNER, Presiding Judge. This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta*, 214 *Ga.* 75 (103 S. E. 2d 108) and *State Highway Dept.* v. *Blalock*, 98 *Ga. App.* 630 (106 S. E. 2d 552). It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.

*Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, Henry T. Brice,* for plaintiff in error.

*Eberhardt, Franklin, Barham & Coleman, Ed G. Barham, Copeland & Smith, J. Lundie Smith,* contra.

---

### 37277. STATE HIGHWAY DEPARTMENT *v.* MEDERER *et al.*

GARDNER, Presiding Judge. This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta*, 214 *Ga.* 75 (103 S. E. 2d 108) and *State Highway Dept.* v. *Blalock*, 98 *Ga. App.* 630 (106 S. E. 2d 552). It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.

*Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, Henry T. Brice,* for plaintiff in error.

*Eberhardt, Franklin, Barham & Coleman, H. C. Eberhardt, Copeland & Smith, J. Lundie Smith,* contra.

37278. STATE HIGHWAY DEPARTMENT *v.* PARRAMORE *et al.*

GARDNER, Presiding Judge. This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta,* 214 Ga. 75 (103 S. E. 2d 108) and *State Highway Dept.* v. *Blalock,* 98 Ga. App. 630 (106 S. E. 2d 552). It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.

*Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, Henry T. Brice,* for plaintiff in error.

*Copeland & Smith, J. B. Copeland, Eberhardt, Franklin, Barham & Coleman, H. C. Eberhardt,* contra.

37279. STATE HIGHWAY DEPARTMENT *v.* EBERHARDT *et al.*

GARDNER, Presiding Judge. This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta,* 214 Ga. 75 (103 S. E. 2d 108) and *State Highway Dept.* v. *Blalock,* 98 Ga. App. 630 (106 S. E. 2d 552). It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.